(No. 32—Claimant awarded $350.00.)

ASKIN & MARINE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* Where there was an error in the payment of the franchise tax and fees, and no objection is made by the State, the court may recommend an allowance of a refund.

NOAH GULLETT, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim for refund on account of payment made in error of franchise tax and fees to the Secretary of State. The Attorney General making no objections to the allowance of the claim and it appearing to the court that the claim is just and equitable, it is recommended that an allowance of $350.00 be made to the claimant.

---

(No. 700—Claimant awarded $22,635.05.)

WESTERN ELECTRIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*tax erroneously paid, when refunded.* Upon review of the evidence the court upon the grounds of social justice and equity awards a refund to. claimant the amount of the tax erroneously paid.

CUTTING, MOORE & SIDLEY, for claimant.

EDWARD J. BRUNDAGE, Attorney General; FLOYD L. BRITTON, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by above claimant, in the amount of $22,635.05.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $22,635.05.